HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CRAIG A. HARBAUGH (No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
JONATHAN C. AMINOFF (No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
CELESTE BACCHI (No. 307119)
(E-Mail: Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant/Petitioner
JULIUS OMAR ROBINSON

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON,<br><br>    Defendant/Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent. | Civil No. 4:05-CV-756-Y<br>(Criminal No. 4:00-CR-00260-2)<br><br>**DEATH PENALTY CASE**<br><br>Honorable Terry R. Means<br>United States District Judge<br><br>**NOTICE OF APPEAL** |

TO THE HONORABLE TERRY R. MEANS, UNITED STATES DISTRICT JUDGE:

Notice is hereby given that Counsel for Petitioner JULIUS OMAR ROBINSON, pursuant to 28 U.S.C. § 1291 and F.R.A.P. 4, appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order Transferring Robinson's Rule 60(b) Motion to the Fifth Circuit Court of Appeals (Dkt. No. 18), filed on June 20, 2018 by the United States District Court for the Northern District of Texas, Fort Worth Division.

1

Mr. Robinson proceeds in forma pauperis pursuant to F.R.A.P. 24(a).

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

Dated: June 29, 2018

*/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

# **CERTIFICATE OF SERVICE**

I certify that, on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Northern District of Texas using the Court's electronic case filing system which will generate service to Assistant United States Attorney Timothy Funnel, counsel for the United States of America.

*/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender